LANSAW, G.

v.

ZOKAITES, F.

708 WDA 2016

Superior Court of Pennsylvania.

6/6/2017

GD 15–018654
(Allegheny)
Affirmed

WHITE, J.

v.

CBS PITTSBURGH

956 WDA 2016

Superior Court of Pennsylvania.

06/06/2017

2015–2186 (Washington)
Affirmed

ADOPTION OF: I.J.A.,

Appeal of: L.R.A.–S., father

1822 WDA 2016

Superior Court of Pennsylvania.

06/06/2017

39 in Adoption 2016 (Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

SHAFFER, R.

1839 WDA 2016

Superior Court of Pennsylvania.

06/06/2017

CP–32–CR–0001188–2015

(Indiana)

Affirmed—Application to Withdraw as Counsel Granted

INTEREST OF A.G.S. & M.R.S.

Appeal of:S.S., father

1880 WDA 2016

Superior Court of Pennsylvania.

06/06/2017

42–15–0107/42–15–0107–1

(McKean)

Affirmed